IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MAURICE JOUETT | : | |
| | : | |
| Petitioner | : | |
| | : | Case No.  1:02-cr-074-01 |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | District Judge S. Arthur Spiegel |
| | : | |
| Respondent | : | |

## O R D E R

This matter is before the Court pursuant to Petitioner's motion to vacate, set aside or correct his sentence under 28 U.S.C.  § 2255.

It is ORDERED that the Clerk serve a copy of this order upon the United States Attorney, such service to constitute notice to answer or otherwise plead to the complaint pursuant to Rule 4(b) and 5 of the Rules Governing Section 2255 Proceedings within twenty (20) days of the date of this Order.

IT IS SO ORDERED.

s/S. Arthur Spiegel
S. Arthur Spiegel
United States Senior District Judge