**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

1:02-CR-074
DOC.52
8/16/05

Sent To *MAURICE JOVETT 03582-061*

Street, Apt. No.; or PO Box No. *FCI PETERSBURG POB 90043*

City, State, ZIP+4 *PETERSBURG, VA 23804*

PS Form 3800, April 2002         See Reverse for Instructions

7002 0860 0006 5229 7583