SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 1:02cr74#52

   MAURICE JOUETT
   03582-061
   FCI PETERSBURG MEDIUM
   P.O. BOX 90043
   PETERSBURG, VA 23804

COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _Johnson_     ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name): Johnson
C. Date of Delivery: 8-18-05

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 0860 0006 5229 7583

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-0835