**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MAURICE JOUETT
05582-061
FEDERAL CORR. COMPLEX
P.O. BOX 90043
PETERSBURG, VA 23804

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)

7002 0860 0000 1409 0951

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

UNITED STATES POSTAL SERVICE
RICHMOND VA 23?
08 NOV 2005 PM 5 L

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES DISTRICT COURT
103 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

1:02-cr-00074-SAS
Doc. 55