**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
1:02-CR-74
Doc. 58  1/24/06

Sent To: MAURICE JOVETT 03582-061
Street, Apt. No.; or PO Box No.: PETERSBURG FCI POB 90043
City, State, ZIP+4: PETERSBURG, VA 23804

PS Form 3800, April 2002       See Reverse for Instructions

7002 0860 0000 4409 0760