| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☑ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery<br>1-26-06 |
| 1. Article Addressed to:<br><br>MAURICE JOVETT<br>03582-061<br>PETERSBURG FCI<br>P.O. BOX 90043<br>PETERSBURG, VA 23804 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0000 1409 0760 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-0835 |