FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

08 FEB -4 PM 2: 26

Maurice Jouett,
   Plaintiff

No. 1:02-cr-74

vs.

District Judge: S Arthur Spiegel
Magistrate Judge: Jack Sherman

_____,
   Defendant(s)

**PLAINTIFF'S MOTION FOR
ASSISTANCE IN OBTAINING
COUNSEL**

Comes now plaintiff, Maurice Jouett, and moves the Court to assist plaintiff in obtaining counsel to represent him/her in the above matter.

Plaintiff represents to the Court that he/she is financially unable to retain an attorney and requests assistance in obtaining counsel through the Court.

_____
Signature of Plaintiff

1