UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MAURICE JOUETT,              :
                             :
           Petitioner,       :   Case No. 1:02-cr-00074
                             :
   vs.                       :
                             :   **ORDER**
UNITED STATES OF AMERICA,    :
                             :
           Respondent.       :

Petitioner Maurice Jouett, currently a prisoner serving a federal sentence for possession with intent to distribute more than 50 grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1), has filed a motion for appointment of counsel in order to file a motion for relief pursuant 18 U.S.C. § 3582 as a result of the United States Sentencing Commission's decision to make retroactive the recent amendment lowering the sentencing ranges for crack cocaine convictions (doc. 60). The amendment, however, does not become retroactive until March 3, 2008. Therefore, Petitioner's motion for appointment of counsel is premature. Accordingly, it is DENIED WITHOUT PREJUDICE TO RENEW on or after March 3, 2008.

   SO ORDERED.

Date 2/5/08

S. Arthur Spiegel
United States Senior District Judge